**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ. #004612
Tod@SchleierLaw.com
BRADLEY H. SCHLEIER, ESQ. #011696
Brad@SchleierLaw.com

*Attorneys for Plaintiff Felicia Prostrollo*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Prostrollo, a married woman, | No. CV-17-00409-DJH |
| Plaintiff, | |
| v. | **NOTICE OF RESOLUTION** |
| Scottsdale Healthcare Hospitals dba HonorHealth, an Arizona non-profit entity; Scottsdale Healthcare Auxiliary, an Arizona, non-profit entity; and Robert Brown, a married man, | |
| Defendants. | |

Plaintiff Felicia Prostrollo hereby gives notice to the Court that the above-captioned matter has been resolved. The parties expect to submit a stipulation to dismiss this matter within the next 45 days.

DATED this 13th day of June, 2018.

SCHLEIER LAW OFFICES, P.C.

/s/ Bradley H. Schleier
*Attorneys for Plaintiff Felicia Prostrollo*

**CERTIFICATE OF MAILING**

I hereby certify that on this 13<u>th </u>day of June 2018, I electronically filed the foregoing **Notice of Resolution** with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to the following

Stacy M. Gabriel (#015071)
Andrew S. Ashworth (#016356)
GABRIEL & ASHWORTH, P.L.L.C.
10105 E. Via Linda
Suite 103, No. 392
Scottsdale, Arizona 85258
(480) 368-2790
(480) 391-6821 (fax)
stacy@gabrielashworth.com
Attorney for Defendants


<u>/s/ Mary H. Portillo</u>