# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Prostrollo,<br><br>    Plaintiff,<br><br>v.<br><br>Scottsdale Healthcare Hospitals, et al.,<br><br>    Defendants. | No. CV-17-00409-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 54), filed on July 17, 2018,

IT IS ORDERED approving the Stipulation (Doc. 54) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

**Dated** this 17th day of July, 2018.

Honorable Diane J. Humetewa
United States District Judge